1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   KRISTA GARCIA, by and through     )   **Old Case No. 1:08cv01924 AWI GSA**
     her guardian ad litem             )   **New Case No. 1:08cv01924 AWI DLB**
     Loraine Marin,                    )
12                                     )        ORDER DISQUALIFYING
                                       )        MAGISTRATE JUDGE
13              Plaintiff,             )
                                       )
14        vs.                          )
                                       )
15                                     )
     CLOVIS UNIFIED SCHOOL DISTRICT,   )
16                                     )
                                       )
17                                     )
                Defendants.            )
18   _____)

19        Good cause appearing, the undersigned disqualifies himself from all proceedings of

20   the present action.  The Clerk of the Court has reassigned this action to the docket of a

21   different Magistrate Judge.  The new case number shall be **1:08cv1924 AWI DLB.**  All

22   future pleadings shall be so numbered.  Failure to use the correct case number may result in

23   delay in your documents being received by the correct judicial officer.

24

25

26

27        IT IS SO ORDERED.

28                                         1

1

Dated:   **December 24, 2008**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28