IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA GARCIA, by and through her guardian ad litem Lorraine Marin,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS, ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 through 20, inclusive,<br><br>    Defendants. | 1:08-CV-1924  AWI DLB<br><br>ORDER ON DEFENDANTS' MOTION TO DISMISS |

    Currently pending before this Court is Defendants Clovis Unified, Jager, Bass, Cervantes, and Moua's motion to dismiss.  The motion is set for hearing on February 2, 2009, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 2, 2009, is VACATED, and the parties shall not appear at that time.  As of February 2, 2009, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    January 29, 2009           /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE