1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **KRISTA GARCIA, by and through her guardian ad litem Lorraine Marin,** | ) ) ) | 1:08-CV-1924  AWI DLB |
| **Plaintiff,** | ) ) | **ORDER SEALING PORTIONS OF DOCUMENT NO. 42** |
| **v.** | ) ) ) | |
| **CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS, ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 through 20, inclusive,** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

Currently pending before this Court is Defendants Clovis Unified, Jager, Bass, Cervantes, and Moua's motion to strike and second motion to dismiss.  In the Defendants' reply memoranda, they point out that Exhibits 5 and 9 to the Declaration of Robert Rosati identify the names of two minors who are not parties to this action.  Defendants request that these exhibits be sealed.  Local Rule 39-140(a)(i) provides in part: "Minors' names: . . . in civil actions use initials when federal or state law require the use of initials, or when the specific identity of the minor is not necessary to the case or individual document."  The failure to use initials or other identifying letters (such as "student XYZ") or to redact the names in the exhibits appears to be an oversight by Plaintiff since the specific identity of these minors is not necessary (at least at this time).  To ensure privacy, the Court will order these exhibits sealed.  However, since Exhibit 5 is a letter to

Defendant Burns and deals with the results of the School District's investigation of Plaintiff's complaints, the Court will order Plaintiff to re-file Exhibit 5 in a redacted form.

Accordingly, IT IS HEREBY ORDERED that:

1.    Exhibits 5 and 9 to the Declaration of Robert Rosati, which is Document No. 42 in the Docket of this case, are to be SEALED immediately; and

2.    Plaintiff is to immediately re-file Exhibit 5 with the name of the other minor child redacted.

IT IS SO ORDERED.

**Dated:    June 29, 2009**                          /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

2