# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTA GARCIA, by and through her guardian ad litem Lorraine Marin,** | 1:08-CV-1924  AWI DLB |
| **Plaintiff,** | **ORDER VACATING HEARING AND TAKING DEFENDANTS' RULE 54(b) MOTION UNDER SUBMISSION** |
| **v.** | |
| **CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS, ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 through 20, inclusive,** | |
| **Defendants.** | |

Currently pending before this Court is the "Clovis Defendants'" Rule 54(b) motion.  The motion is set for hearing on October 26, 2009, at 1:30 p.m.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 26, 2009, is VACATED, and the parties shall not appear at that time.  As of October 26, 2009, the Court will take Defendants's Rule 54(b) motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   October 21, 2009**          _/s/ Anthony W. Ishii_
                                        CHIEF UNITED STATES DISTRICT JUDGE