FILED
JAN 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KRISTA GARCIA, by and through her Guardian Ad Litem, LORAINE MARIN, <br><br> Plaintiff <br><br> v. <br><br> CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS & ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 THROUGH 20, inclusive, <br>    Defendants. | Case No. 1:08cv01924 AWI SMS <br><br> **FINAL PARTIAL JUDGMENT PURSUANT TO RULE 54(b)** |

On or about December 18, 2009, the Court filed an order granted Defendant CLOVIS UNIFIED SCHOOL DISTRICT's ("CUSD") motion for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b), following the Court's September 18, 2009 order on Defendants' motion to dismiss Plaintiff's first amended complaint.

**FINAL PARTIAL JUDGMENT PURSUANT TO RULE 54(b)**

1 In accordance with the Court's December 18, 2009 order, it is **ORDERED,**
2 **ADJUDGED AND DECREED** that final judgment is entered in favor of CUSD as to the
3 following claims alleged against CUSD:

- First Claim for Assault;
- Second Claim for Battery;
- Third Claim for False Imprisonment;
- Fourth Claim for Intentional Infliction of Emotional Distress;
- Sixth Claim for Violation of Education Code §§ 201(c), 212.5;
- Seventh Claim for Violation of Education Code §§ 201(f), 212.5; and
- Twelfth Claim for Violation of Title IX, 20 U.S.C. § 1681(a).

Dated: 12-31-09

CHIEF UNITED STATES DISTRICT JUDGE

**FINAL PARTIAL JUDGMENT PURSUANT TO RULE 54(b)**