IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA GARCIA, by and through her guardian ad litem Lorraine Marin,<br><br>Plaintiff,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS, ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 through 20, inclusive,<br><br>Defendants. | 1:08-CV-1924  AWI SKO<br><br>ORDER VACATING ALL CURRENT DATES AND DEADLINES IN LIGHT OF NOTICE OF SETTLEMENT AND ORDER REQUIRING PERIODIC STATUS REPORTS<br><br>(Doc. No. 74) |

On June 17, 2010, Plaintiff filed a notice of conditional settlement.  The notice states that all parties have reached a settlement, but that the settlement is conditioned on approval by both the Fresno County Superior Court and this Court, because the Plaintiff is a minor.  Plaintiff states that because state court approval of the settlement must be obtained first, the settlement process will likely take between 45 and 60 days to complete.  Plaintiff states that upon completion of the minor's compromise in both courts, the case will be dismissed.  Plaintiff then requests that the Court vacate all scheduled dates.

Defendants have filed no response, which the Court interprets as an agreement with Plaintiff's notice.  The Court will give effect to the notice of settlement, but will require that the parties file joint status reports every thirty (30) days so that the Court may stay informed of the progress.

Accordingly, IT IS HEREBY ORDERED that:

1. All currently scheduled dates and deadlines in this matter are VACATED in light of the notice of settlement; and

2. The parties will file joint status reports every thirty (30) days with this Court until the settlement is finalized.

IT IS SO ORDERED.

Dated:   June 23, 2010                                          _____
                                                                CHIEF UNITED STATES DISTRICT JUDGE