**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTA GARCIA, by and through her Guardian Ad Litem, LORAINE MARIN, <br><br>Plaintiff, <br><br>v. <br><br>CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS, and ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 through 20, inclusive, <br><br>Defendants. | Case No. 1:08cv01924 AWI SMS <br><br>**ORDER TO FILE DOCUMENTS UNDER SEAL** |

Plaintiff's ex parte request to file a document under seal is granted. Good cause exists to seal this document on the grounds that the document is a report regarding Plaintiff, a minor, from her therapist, concerning her psychiatric condition.

IT IS SO ORDERED.

**Dated:    August 31, 2010**            /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE