# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA GARCIA, by and through her guardian ad litem Lorraine Marin,<br><br>Plaintiff,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS, ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 through 20, inclusive,<br><br>Defendants. | 1:08-CV-1924 AWI SKO<br><br>**ORDER TO SHOW CAUSE** |

On September 21, 2010, this Court approved the minor's settlement in this case pursuant to Local Rule 202(b)(1). See Court's Docket Doc. No. 85. The Court ordered the parties to file the appropriate dismissal papers with the Court within twenty-one (21) days of the order. See id. The dismissal papers were due on October 12, 2010. The October 12, 2010, deadline has passed, but no dismissal papers have been filed. Pursuant to Local Rule 160, "A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." L.R. 160(b). Since the parties have failed to meet the Court ordered deadline, the parties will be ordered to show cause why they have failed to comply with the Court's order and why sanctions should not be imposed. See id.

Accordingly, IT IS HEREBY ORDERED that, on or by October 22, 2010, at 1:00 p.m., the parties shall show cause in writing why they should not be sanctioned for failing to file dismissal papers as ordered, and also shall either file dismissal papers or explain in writing why dismissal papers cannot be filed at this time.

IT IS SO ORDERED.

Dated:   October 14, 2010                                              /s/ signature
                                                        CHIEF UNITED STATES DISTRICT JUDGE

2