# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA GARCIA, by and through her guardian ad litem Lorraine Marin,<br><br>Plaintiff,<br><br>v.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT, DOUGLAS BURNS, BARRY JAGER, GREG BASS, ANN-MAURA CERVANTES, MAI YIA MOUA, and DOES 1 through 20, inclusive,<br><br>Defendants. | 1:08-CV-1924  AWI SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CLOSING CASE IN LIGHT OF RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(Doc. Nos. 86, 87) |

On September 21, 2010, this Court approved the minor's settlement in this case pursuant to Local Rule 202(b)(1), and ordered the parties to file the appropriate dismissal papers within twenty-one days of service of the approval.  See Court's Docket Doc. No. 85; see also Local Rule 160.  On October 15, 2010, the Court issued an order to show cause why dismissal papers had not been filed and why sanctions should not be imposed pursuant to Local Rule 160(b). See Court's Docket Doc. No. 86.

On October 18, 2010, the parties filed a properly signed stipulation for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(A)(1)(ii).  See Court's Docket Doc. No. 87.  Because such a dismissal is effective upon filing, this case has

automatically terminated with prejudice.  See id.; In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 & n.4 (9th Cir. 1986); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984).

Also on October 18, 2010, Defendants responded to the order to show.  See Court's Docket Doc. Nos. 88, 89.  After review, the Court is satisfied with the offered explanation.  The Court will discharge the order to show cause and will not impose sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 15, 2010, order to show cause is DISCHARGED; and
2. The Clerk is directed to CLOSE this case in light of the properly signed and filed Rule 41(a)(1)(A)(ii) stipulation for dismissal with prejudice.

IT IS SO ORDERED.

Dated:   October 19, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2